UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES PEDRIC, derivatively on behalf of nominal defendant, PSYCHIATRIC SOLUTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JOEY A. JACOBS, JACK E. POLSON, TERRANCE R. BRIDGES, RONALD MORGAN FINCHER, CHRISTOPHER L. HOWARD, BRENT TURNER, MARK P. CLEIN, DAVID M. DILL, RICHARD D. GORE, CHRISTOPHER GRANT, JR., WILLIAM M. PETRIE and EDWARD K. WISSING, <br><br> Defendants, <br><br> and <br><br> PSYCHIATRIC SOLUTIONS, INC., <br><br> Nominal Defendant. | CIVIL ACTION FILE <br> NO. 3:09-CV-01211 <br><br> Judge Haynes |

## JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO THE AMENDED COMPLAINT

Plaintiff James Pedric ("Plaintiff") and Defendants Joey A. Jacobs, Jack E. Polson, Terrance R. Bridges, Ronald Morgan Fincher, Christopher L. Howard, Brent Turner, Mark P. Clein, David M. Dill, Richard D. Gore, Christopher Grant, Jr., William M. Petrie, Edward K. Wissing, and Nominal Defendant Psychiatric Solutions, Inc. (collectively "Defendants") hereby move the Court for an order extending the deadlines set forth in the Court's Order dated June 7, 2010 by one week in light of travel and vacation schedules.