UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES PEDRIC, derivatively on behalf of nominal defendant, PSYCHIATRIC SOLUTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JOEY A. JACOBS, JACK E. POLSON, TERRANCE R. BRIDGES, RONALD MORGAN FINCHER, CHRISTOPHER L. HOWARD, BRENT TURNER, MARK P. CLEIN, DAVID M. DILL, RICHARD D. GORE, CHRISTOPHER GRANT, JR., WILLIAM M. PETRIE and EDWARD K. WISSING, <br><br> Defendants, <br><br> and <br><br> PSYCHIATRIC SOLUTIONS, INC., <br><br> Nominal Defendant. | CASE NO. 3:09-CV-01211 <br><br> Judge Haynes |

### DEFENDANTS' MOTION TO DISMISS
### VERIFIED AMENDED SHAREHOLDER DERIVATIVE COMPLAINT

Pursuant to Fed. R. Civ. P. 23.1 and 12(b)(6), Defendants Joey A. Jacobs, Jack E. Polson, Terrance R. Bridges, Ronald Morgan Fincher, Christopher L. Howard, Brent Turner, Mark P. Clein, David M. Dill, Richard D. Gore, Christopher Grant, Jr., William M. Petrie, and Edward K. Wissing, and Nominal Defendant Psychiatric Solutions, Inc. (collectively, "Defendants"), move to dismiss Plaintiff's Verified Amended Shareholder Derivative Complaint (the "Amended

Complaint") for the reasons set forth in the accompanying Memorandum of Law, which is incorporated herein by reference.

WHEREFORE, Defendants respectfully request that their Motion to Dismiss be granted and the Amended Complaint be dismissed with prejudice.

Respectfully submitted, this 5th day of August, 2010.

<div style="margin-left:50%">

s/ W. Travis Parham
W. Travis Parham
Waverly D. Crenshaw
Michael T. Harmon
WALLER LANSDEN DORTCH
& DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219-8966
Tel. (615) 244-6380
travis.parham@wallerlaw.com
waverly.crenshaw@wallerlaw.com
michael.harmon@wallerlaw.com

Todd R. David
Jessica P. Corley
Lisa R. Bugni
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel. (404) 881-7000
todd.david@alston.com
jessica.corley@alston.com
lisa.bugni@alston.com

*Counsel for Defendants*

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2010, the foregoing document was filed electronically on the parties listed below. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

Paul Kent Bramlett
Robert Preston Bramlett
BRAMLETT LAW OFFICES
2400 Crestmoor Road
P.O. Box 150734
Nashville, Tennessee 37215
pknashlaw@aol.com
robert@bramlettlawoffices.com

Eric L. Zagar
Robin Winchester
J. Daniel Albert
BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP
280 King of Prussia Road
Radnor, Pennsylvania 19087
ezagar@btkmc.com
rwinchester@btkmc.com
dalbert@btkmc.com

/s W. Travis Parham