UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES PEDRIC, derivatively on behalf of nominal defendant, PSYCHIATRIC SOLUTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JOEY A. JACOBS, JACK E. POLSON, TERRANCE R. BRIDGES, RONALD MORGAN FINCHER, BRENT TURNER, MARK P. CLEIN, DAVID M. DILL, RICHARD D. GORE, CHRISTOPHER GRANT, JR., WILLIAM M. PETRIE and EDWARD K. WISSING, <br><br> Defendants, <br><br> and <br><br> PSYCHIATRIC SOLUTIONS, INC., <br><br> Nominal Defendant. | CIVIL ACTION FILE <br> NO. 3:09-CV-01211 <br><br> Judge Haynes |

## ORDER GRANTING MOTION TO STAY

This matter is before the Court upon the parties' Joint Motion to Stay. The Court has considered the Motion and is of the opinion it should be granted. The Court hereby stays the above-captioned action until the later of the consummation of the proposed merger between Psychiatric Solutions, Inc. and Universal Health Services, Inc. or approval of a settlement of the litigation concerning the proposed merger.

SO ORDERED, this 20th day of September 2010.

_____
Judge William J. Haynes, Jr.
United States District Court for the Middle
District of Tennessee