| | |
|---|---|
| JAMES PEDRIC, derivatively on behalf of nominal defendant, PSYCHIATRIC SOLUTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JOEY A. JACOBS, JACK E. POLSON, TERRANCE R. BRIDGES, RONALD MORGAN FINCHER, CHRISTOPHER L. HOWARD, BRENT TURNER, MARK P. CLEIN, DAVID M. DILL, RICHARD D. GORE, CHRISTOPHER GRANT, JR., WILLIAM M. PETRIE and EDWARD K. WISSING, <br><br> Defendants, <br><br> and <br><br> PSYCHIATRIC SOLUTIONS, INC., <br><br> Nominal Defendant. | CASE NO. 3:09-CV-01211 <br><br> Judge Haynes |

[handwritten notation: Order — In light of the agreed Order to Stay (D.E. No. 58) this motion is DENIED without prejudice to renew. /s/ [signature] 6-21-11]

## DEFENDANTS' MOTION TO DISMISS
## VERIFIED AMENDED SHAREHOLDER DERIVATIVE COMPLAINT

Pursuant to Fed. R. Civ. P. 23.1 and 12(b)(6), Defendants Joey A. Jacobs, Jack E. Polson, Terrance R. Bridges, Ronald Morgan Fincher, Christopher L. Howard, Brent Turner, Mark P. Clein, David M. Dill, Richard D. Gore, Christopher Grant, Jr., William M. Petrie, and Edward K. Wissing, and Nominal Defendant Psychiatric Solutions, Inc. (collectively, "Defendants"), move to dismiss Plaintiff's Verified Amended Shareholder Derivative Complaint (the "Amended