| | |
|---|---|
| JAMES PEDRIC, derivatively on behalf of nominal defendant, PSYCHIATRIC SOLUTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JOEY A. JACOBS, JACK E. POLSON, TERRANCE R. BRIDGES, RONALD MORGAN FINCHER, BRENT TURNER, MARK P. CLEIN, DAVID M. DILL, RICHARD D. GORE, CHRISTOPHER GRANT, JR., WILLIAM M. PETRIE and EDWARD K. WISSING, <br><br> Defendants, <br><br> and <br><br> PSYCHIATRIC SOLUTIONS, INC., <br><br> Nominal Defendant. | CIVIL ACTION FILE NO. 3:09-CV-01211 <br><br> Judge Wiseman <br> Magistrate Judge Brown |

[Handwritten annotation: "ORDER — In light of the agreed order to stay D/E No. 58, this motion is DENIED without prejudice to renew. /s/ 6-21-11"]

## DEFENDANTS' MOTION TO DISMISS VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT

Pursuant to Fed. R. Civ. P. 23.1 and 12(b)(6), Defendants Joey A. Jacobs, Jack E. Polson, Terrance R. Bridges, Ronald Morgan Fincher, Brent Turner, Mark P. Clein, David M. Dill, Richard D. Gore, Christopher Grant, Jr., William M. Petrie, and Edward K. Wissing, and Nominal Defendant Psychiatric Solutions, Inc. (collectively, "Defendants"), move to dismiss Plaintiff's Verified Shareholder Derivative Complaint (the "Complaint") for the reasons set forth in the accompanying Memorandum of Law.