UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JAMES PEDRIC, derivatively on behalf of nominal defendant PSYCHIATRIC SOLUTIONS, INC.,<br>　　　　　　　Plaintiff,<br><br>v.<br><br>JOEY A. JACOBS, JACK E. POLSON, TERRANCE R. BRIDGES, RONALD MORGAN FINCHER, CHRISTOPHER L. HOWARD, BRENT TURNER, MARK P. CLEIN, DAVID M. DILL, RICHARD D. GORE, CHRISTOPHER GRANT, JR., WILLIAM M. PETRIE and EDWARD K. WISSING,<br>　　　　　　　Defendants,<br><br>and<br><br>PSYCHIATRIC SOLUTIONS, INC.,<br>　　　　　　　Nominal Defendant. | Case No. 3:09-cv-01211<br><br>Judge William J. Haynes, Jr. |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff James Pedric has filed a Request for Dismissal with Prejudice pursuant to Rules 41(a)(2) and 23.1(c) of the Federal Rules of Civil Procedure (the "Request"), requesting that the Court enter an order dismissing the above-captioned action (the "Action") with prejudice and without costs to any party.

For the reasons set forth in the Request, which is incorporated herein by reference, the Court finds that the Action should be dismissed with prejudice and without costs to any party. The Court further finds and Orders that no further notice pursuant to Rule 23.1 of the Federal Rules of Civil Procedure is necessary or appropriate other than entry of the Request on the public

docket.

Accordingly, it is ORDERED that the Action is dismissed with prejudice and without costs to any party.

This, the 8th day of September, 2011.

_____
Hon. William J. Haynes, Jr.
United States District Court for the Middle
District of Tennessee